IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt)

| | |
|---|---|
| ALBERTO CORTEZ | * |
| Plaintiff | * |
| v. | *   Civil Action No. 8:15-cv-2783-TDC |
| CAPITAL PRODUCE COMPANY | * |
| Defendant | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### OFFER OF JUDGMENT

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, the defendant offers judgment in the amount of $12,000, payable as follows: $6,700 to Alberto Cortez for wages, statutory damages, and economic and non-economic compensatory damages sought by plaintiff in the complaint; and $5,300 for attorneys' fees and costs.

William W. Carrier, III, Bar No. 08453
Lawrence J. Quinn, Bar No. 07454
Courtney B. Amelung, Bar No. 13422
  Tydings & Rosenberg LLP
  100 East Pratt Street, 26th Floor
  Baltimore, Maryland 21202
  410.752.9700
  wcarrier@tydingslaw.com
  lquinn@tydingslaw.com
  camelung@tydingslaw.com

*Attorneys for Capital Produce Company*

#2562725v.1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 19, 2016, a copy of the Offer of Judgment was served via first-class mail, postage prepaid, on:

Gregg C. Greenberg, Esquire
Zipin, Amster & Greenberg LLC
836 Bonifant Street
Silver Spring, Maryland 20910

*Attorney for Alberto Cortez*

_____
Lawrence J. Quinn

2

#2562725v.1