IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| ALBERTO CORTEZ | * |
| PLAINTIFF, | * |
| v. | *   CASE NO.: 8:15-cv-2783 |
| CAPITAL PRODUCE COMPANY | * |
| DEFENDANT. | * |

## PROPOSED ORDER

Pending before the Court is the Parties' Joint Motion for Approval of Plaintiff's Acceptance of Defendant's Rule 68 Offer of Judgment. This case involves claims under the Fair Labor Standards Act ("FLSA"). After careful consideration and review of the Parties' Joint Motion for Approval, it is hereby:

ORDERED, that the Parties' Joint Motion is GRANTED; and it is further

ORDERED, that Judgment shall be entered in favor of Plaintiff Alberto Cortez and against Defendant Capital Produce Company in the amount of $12,000.00 representing $6,700.00 to Plaintiff Alberto Cortez for unpaid wages, statutory damages, and economic and non-economic compensatory damages and $5,300.00 for payment of his attorney's fees and costs.

Date: 2/5/16

Judge, United States District Court